# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 7, 2014

### NO. 03-12-00015-CV

**Lawrence Black, Appellant**

**v.**

**7-Eleven Convenience Stores, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON AND ROSE
AFFIRMED -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the order signed by the trial court on April 28, 2011 denying appellant's motions for recusal. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.